# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00377-CV

### N. A. B. and A. D. J., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-13-003295, THE HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on June 13, 2014. To date, the reporter's record has not been filed.

Any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Dora Canizales is hereby ordered to file the reporter's record in this case on or before June 30, 2014. If the record is not filed by that date, Canizales may be required to show cause why she should not be held in contempt of court.

It is ordered on June 19, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose